IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON L. THOMAS, ) | No. C 11-04917 EJD (PR) |
|     Plaintiff, ) | ORDER OF TRANSFER |
| vs. ) | |
| M. VOONG, et al., ) | |
|     Defendants. ) | (Docket No. 4) |

Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983, challenging the conditions of his confinement while he was at the California Medical Facility ("CMF") in Vacaville, California, which lies within Solano County. Because the acts complained of occurred in Solano County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S. C. § 1406(a).

The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

DATED: 2/21/2012

EDWARD J. DAVILA
United States District Judge

Order of Transfer
04917Thomas_transfer.wpd      1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JASON LATRELL THOMAS,

       Plaintiff,

  v.

M. VOONG, et al.,

       Defendants.
       /

Case Number: CV11-04917 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  2/22/2012 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason L. Thomas T-13205
CSP-SAC
P. O. Box 290066
Represa, CA 95671

Dated:  2/22/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk