IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS, | No. 2:12-CV-0471-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| M. VOONG, | |
| Defendant. | |
| _____/ | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

      On August 3, 2012, the court directed plaintiff to show cause in writing within 30 days why this action should not be dismissed for plaintiff's failure to file an amended complaint. Plaintiff has responded to the order to show cause and seeks additional time to file an amended complaint. Good cause appearing therefor, the order to show cause will be discharged and plaintiff's request for additional time will be granted. Plaintiff is again cautioned that failure to file an amended complaint within the time provided may result in dismissal of this action. See Local Rule 110.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The August 3, 2012, order to show cause is discharged; and

2. Plaintiff shall file an amended complaint within 30 days of the date of this order.

DATED: September 13, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE