IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS, | No. 2:12-CV-0471-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| M. VOONG, | |
| Defendant. | |
| _____/ | |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On June 28, 2012, the court directed plaintiff to file an amended complaint within 30 days.  On September 13, 2012, the court provided plaintiff additional time.[1]  Plaintiff now seeks an additional extension of time (Doc. 20).  Good cause appearing therefor, plaintiff's request is granted.

/ / /

/ / /

---

[1] The September 13, 2012, order granted plaintiff's August 31, 2012, motion for an extension of time (Doc. 17).  The Clerk of the Court will be directed to terminate this matter as a pending motion.

1    Plaintiff also seeks various order related to discovery.  Plaintiff is advised that, until such time as this case is placed at issue by the filing of an answer, discovery is premature. After an answer has been filed, the court will issue an order setting forth procedures for discovery in this case.  In the meantime, plaintiff's discovery requests will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Clerk of the Court is directed to terminate Doc. 17 as a pending motion;

2.    Plaintiff's motion for an extension of time (Doc. 20) is granted;

3.    Plaintiff shall file an amended complaint within 30 days of the date of this order; and

4.    Plaintiff's requests for orders relating to discovery (Doc. 20) is denied as premature.

DATED:  October 15, 2012

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE